PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER GONZALES, JR.<br>Defendant. | CASE NO. 2:22-CR-00140<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: August 7, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
|---|---|

**STIPULATION**

1.  By previous order, this matter was set for status on August 7, 2023.

2.  By this stipulation, defendants now move to continue the status conference until October 2, 2023 at 9:00 a.m., and to exclude time between August 7, 2023, and October 2, 2023, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes approximately two-hundred-fifty pages of investigative reports, video recordings, and forensic images of five telephones consisting of over 5GB of data. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for defendant desires additional time to review the discovery materials and charges, conduct investigation and research related to the charges, to review and copy the

discovery already tendered, to assess the viability of any pretrial motions, and discuss potential resolutions with their clients.

        c)        Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 7, 2023 to October 2, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONTINUED ON NEXT PAGE]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 1, 2023					PHILLIP A. TALBERT
								United States Attorney


								 /s/ ROBERT C. ABENDROTH
								ROBERT C. ABENDROTH
								Assistant United States Attorney


Dated:  August 1, 2023					 /s/ MARK JOSEPH REICHEL
								MARK JOSEPH REICHEL
								Counsel for Defendant
								FRANCISCO JAVIER GONZALES, Jr.

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 2, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE