MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor.
Sacramento, CA 95814
(916) 498-9258


Attorney for Defendant
FRANCISCO GONZALES JR

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>FRANCISCO GONZALES JR<br><br><br>      Defendant. | CASE NO.  22--CR-0140-03 WBS<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>DATE: November 5, 2024<br>TIME: 9:00 a.m. .<br>COURT: HON. WILLIAM B. SHUBB |

## STIPULATION

  The parties hereto request a new schedule for sentencing. Defense counsel suffered a minor illness previously and was unable to complete the probation interview with the defendant in the time frame required. Therefore, the dates and times that work for the Probation Department are set forth below.

| | |
|---|---:|
| Judgment and Sentencing Date: | **November 4, 2024, 9:00 a.m.** |
| Reply, or Statement of Non-Opposition: | **October 28, 2024** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **October 21, 2024** |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | **October 14, 2024** |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **October 7, 2024** |
| The draft Presentence Report shall be disclosed to counsel no later than: | **September 23, 2024** |

IT IS SO STIPULATED.

Dated:  August 22, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *ROBERT ABENDROTH*

Assistant United States Attorney

Dated: August 22, 2024

/s/ MARK J. REICHEL
MARK J. REICHEL
Counsel for Defendant

STIP TO MODIFY RELEASE TERMS                     1

## FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:  August 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE