PHILLIP A. TALBERT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00140-03 WBS |
|---|---|
| Plaintiff, | ORDER SEALING GOVERNMENT EXHIBIT |
| v. | |
| FRANCISCO JAVIER GONZALES, JR., | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that Exhibit 1 to government's sentencing memorandum shall be SEALED until further order of this Court. The government is directed to file a Notice of Lodging and to provide media to the Clerk's Office containing Exhibit 1.

It is further ordered that access to the sealed disc shall be limited to the government and counsel for the defendant until further order of this Court.

Dated: October 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1